IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4<br><br>    Plaintiff,<br><br>vs.<br><br>Thelma A. Pruitt aka Thelma Annette Pruitt aka Thelma Pruitt,<br><br>    Defendants. | Case No.: 1:13-cv7834<br><br>Hon. Judge Harry D. Leinenweber<br><br>Magistrate: Hon. Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR JUDGMENT ON COUNT FOR REFORMATION**

NOW COMES the Plaintiff, U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4, by and through its Counsel, Freedman Anselmo Lindberg, LLC, and moves this Honorable Court for entry of Judgment on Count II of the Complaint for Reformation of Mortgage. In further support thereof, Plaintiff states as follows:

1. There is no genuine issue of material fact as to Count for Reformation and no party is disputing that Plaintiff should have the relief granted as set forth in said count.

WHEREFORE, the Plaintiff respectfully requests that this Court enter a Judgment on Count II for Reformation of the Mortgage to correct the legal description as follows:

LEGAL DESCRIPTION:

LOT 3 IN BLOCK 3 IN PACESETTER PARK, HARRY M. QUINN MEMORIAL SUBDIVISION, BEING A SUBDIVISION OF LOT 3 IN TYS GOUWEN'S SUBDIVISION AND PART OF LOT 14 IN THE SUBDIVISION OF LOT 4 IN TYS GOUWEN'S SUBDIVISION, ALL IN THE SOUTHWEST 1/4 OF SECTION 14 AND PART OF SECTION 15, TOWNSHIP 36 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Property Address: 16028 Drexel Avenue, South Holland, IL 60473

        Respectfully submitted,

        U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4

        By: /s/ John A. Blatt
            One of Plaintiff's Attorneys

John A. Blatt
FREEDMAN ANSELMO LINDBERG LLC
1771 W. Diehl Rd., Ste 150
Naperville, IL 60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No. 6301494

## Verification by Certification

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2014.

        By: /s/ John A. Blatt
            One of Plaintiff's Attorneys